UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:22-cv-02423-ACC-DCI

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

BAKARE ORGANIZATION, LLC,
and DAYTONA LIQUOR STORE,
LLC, d/b/a THE LIQUOR STORE,

    Defendants.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS BAKARE ORGANIZATION, LLC, and
DAYTONA LIQUOR STORE, LLC, d/b/a THE LIQUOR STORE**

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendants, BAKARE ORGANIZATION, LLC, and DAYTONA LIQUOR STORE, LLC, d/b/a THE LIQUOR STORE.

Respectfully submitted this 24th day of March 2023.

    By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Law Office of Joe Quick, P.A.
        *Counsel for Plaintiff*
        1224 S. Peninsula Drive #619
        Daytona Beach, Florida 32118
        Tel: (386) 212-3591
        E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Law Office of Joe Quick, P.A.
*Counsel for Plaintiff*
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Tel: (386) 212-3591
E-mail:JMQuickesq@gmail.com